**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

Karen E. Schreier United States District Judge Presiding

Courtroom Deputy - MSB                          Court Reporter – Carla Dedula
Courtroom - SF #2                               Date – March 14, 2022
U.S. Probation Officer – Brent Hubers

4:21-CR-40094-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Connie Larson |
| Plaintiff, | |
| vs. | |
| BRANDON JAMES ROBERTS | Matthew Allen Chivari<br>Gregory Erlandson |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:30 PM

TIME:

2:33 PM        Enter contested sentencing hearing.

Defendant sentenced to 46 months in custody; 3 years supervised release for Count 2 to run concurrent with Count 3 and 46 months in custody 3 years supervised release for Count 3 to run concurrent with Count 2; $200 special assessment.

Defendant order to self-surrender.

3:30 PM        Court in recess.